UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case | 08 C 0631 |
|---|---|---|
| Erwin Moss | | Judge |
| Plaintiff, | | Gottschall |
| vs. | | |

City of Chicago, Chicago Police Officer Josephine Christopher, Star # 5974,
Chicago Police Officer Jose Alvarez, Star # 13055
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants City of Chicago, Officer Josephine Christopher and Officer Jose Alvarez.

| SIGNATURE /s/ *Mary S. McDonald* |
|---|
| FIRM City of Chicago, Department of Law |
| STREET ADDRESS 30 N. LaSalle Street - Suite 1400 |
| CITY/STATE/ZIP Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06199995 | TELEPHONE NUMBER 312.744.8307 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X** | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X** | NO ☐ |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES **X**  NO ☐ |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |