IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERWIN MOSS; | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 08 C 631 |
| | ) |
| CITY OF CHICAGO, | ) JUDGE GOTTSCHALL |
| Chicago Police Officers | ) |
| JOSEPHINE CHRISTOPHER, Star 5974, | ) Magistrate Judge Nolan |
| and JOSE ALVAREZ, Star 13055, | ) ) |
| Defendants. | ) |

**DEFENDANTS' AGREED MOTION TO EXTEND THE
TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendant, City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and defendants, Chicago Police Officers Josephine Christopher and Jose Alvarez, (referred to herein as "Defendant Officers"), and (referred to collectively herein as "Defendants"), by one of their attorneys, Julia S. Bruce, Assistant Corporation Counsel of the City of Chicago, respectfully request this Honorable Court to extend the time, up to and including, May 5, 2008, in which to answer or otherwise plead to Plaintiff's Complaint. In support of this motion, Defendants state:

(1)   Plaintiff's Complaint was filed on or about January 29, 2008 and the City of Chicago was served on or about February 5, 2008.

(2)   The undersigned has filed an appearance for Defendant, City of Chicago on March 13, 2008. As of the date of this filing, both Defendant Officers have been personally served, as of March 16, 2008, and the undersigned has filed an appearance on their behalf on March 26, 2008.

1

(3)     Counsel needs to interview Defendant Officers before answering Plaintiff's Complaint and has not had an opportunity to do so at this time.  Furthermore, the undersigned has not as of yet received all of the Chicago Police Department records relating to the alleged incident which is the subject of this lawsuit.

(4)     The undersigned would prefer to answer Plaintiff's Complaint on behalf of all defendants, including the City of Chicago and the Defendant Officers at one time.

(5)     Plaintiff does not object to Defendants' Motion to Extend the Time to Answer or Otherwise Plead up to, and including, May 5, 2008.

(5)     This motion is Defendants first request for an extension of time to answer or otherwise plead.  Such a request will not unduly delay the resolution of the disputed issues.

**WHEREFORE**, Defendants respectfully request that they be given until May 5, 2008, to answer or otherwise plead to Plaintiff's Complaint.

Respectfully Submitted,

/s/ Julia S. Bruce
Julia S. Bruce
Assistant Corporation Counsel
30 North La Salle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-0451
Attorney Number: 06273493

2