IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERWIN MOSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 08 C 631 |
| vs. ) | |
| ) | |
| CITY OF CHICAGO, ) | JUDGE GOTTSCHALL |
| Chicago Police Officers ) | |
| JOSEPHINE CHRISTOPHER, Star 5974, ) | Magistrate Judge Nolan |
| and JOSE ALVAREZ, Star 13055, ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:   Lawrence V. Jackowiak
      Law Offices of Lawrence V. Jackowiak
      20 N. Clark Street, Suite 1700
      Chicago, IL 60602

PLEASE TAKE NOTICE that on May 5, 2008, Defendants will file their Answer, Affirmative Defenses and Jury Demand to Plaintiff's Complaint, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division. A copy of that document is herewith served upon you.

I hereby certify that I have served this notice and the attached document by causing it to be served via the Court's ECF system to the persons named above this 5th day of May, 2008.

Respectfully submitted,

/s/ Julia S. Bruce
Julia S. Bruce
Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-0451
(312) 744-6566 (Fax)
Atty. No. 06273493