IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERWIN MOSS; | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) NO. 08 C 631 |
| | ) |
| CITY OF CHICAGO, | ) JUDGE GOTTSCHALL |
| Chicago Police Officers | ) |
| JOSEPHINE CHRISTOPHER, Star 5974, | ) Magistrate Judge Nolan |
| and JOSE ALVAREZ, Star 13055, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' AGREED
MOTION TO EXTEND DISCOVERY**

Defendants, City of Chicago, and Chicago Police Officers Josephine Christopher and Jose Alvarez, (referred to herein as "Defendants"), by one of their attorneys, Julia S. Bruce, Assistant Corporation Counsel of the City of Chicago, respectfully request this Honorable Court to extend the close of discovery up to and including September 1, 2008. In support of this motion, Defendants state:

(1) This matter was filed on January 29, 2008, against the City of Chicago and Officers Christopher and Alvarez. On April 1, 2008, Defendant Officers filed a Motion for more time to answer or otherwise plead, which was granted up to an including May 5, 2008. On May 5, 2008, Defendants filed their Answer to Plaintiff's Complaint.

(2) On April 2, 2008, this Court set a discovery schedule in which discovery is set to close on July 1, 2008.

(3) Counsel on behalf of the parties have been working in a cooperative and diligent

1

manner. As of the date of this filing, written discovery has been exchanged; however the parties are still awaiting certain documents and things prior to being able to proceed with the parties' depositions.

(4) Specifically, the parties were awaiting receipt of the completed IPRA investigation file, which Defendants just recently received. Additionally, the parties are still awaiting certain transcripts, as well as a POD video of the incident with is the subject of this lawsuit. Based on those outstanding discovery issues, the parties need more time in which to complete the oral discovery in this matter.

(5) This motion is the first request to extend the close of discovery and is an agreed motion. Such a request will not unduly delay the resolution of the disputed issues.

**WHEREFORE**, the Defendants respectfully request that the Court enter an order extending the fact discovery closure date to September 1, 2008.

Respectfully Submitted,

/s/ Julia S. Bruce
Julia S. Bruce
Assistant Corporation Counsel
30 North La Salle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-0451
Attorney Number: 06273493