IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERWIN MOSS; | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 08 C 631 |
| | ) | |
| CITY OF CHICAGO, | ) | JUDGE GOTTSCHALL |
| Chicago Police Officers | ) | |
| JOSEPHINE CHRISTOPHER, Star 5974, | ) | Magistrate Judge Nolan |
| and JOSE ALVAREZ, Star 13055, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:  Lawrence V. Jackowiak
     Law Offices of Lawrence V. Jackowiak
     20 N. Clark Street, Ste. 1700
     Chicago, IL 60602

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' AGREED MOTION TO EXTEND DISCOVERY**, a copy of which is attached hereto and herewith served upon you.

   **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Gottschall, or before such other Judge sitting in her place or stead, on the 10th day of July, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

   **DATED** at Chicago, Illinois this 29th day of June, 2008.

                                              Respectfully Submitted,

                                              /s/ Julia S. Bruce
                                              Julia S. Bruce
                                              Assistant Corporation Counsel
                                              30 North La Salle Street, Suite 1400
                                              Chicago, Illinois 60602
                                              (312) 744-0451
                                              Attorney Number: 06273493

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF MOTION** and **DEFENDANTS' AGREED MOTION TO EXTEND DISCOVERY** to be delivered via the Court's ECF system to the persons named in the foregoing Notice at the address therein shown, on the 29th day of June, 2008.

/s/ Julia S. Bruce
Julia S. Bruce
Assistant Corporation Counsel