UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Erwin Moss
                Plaintiff,

v.                                            Case No.: 1:08−cv−00631
                                                 Honorable Joan B. Gottschall

City of Chicago, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall:Agreed motion by Defendants City of Chicago, Josephine Christopher, Jose Alvarez for extension of time to complete discovery [20] is granted. Status hearing held on 7/9/2008. ( Discovery extended and ordered closed by 9/1/2008., Status hearing set for 9/3/2008 at 09:30 AM.) Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.