Order Form (01/2005)

Case 1:08-cv-00631    Document 23    Filed 07/23/2008    Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 631 | **DATE** | 7/23/2008 |
| **CASE TITLE** | Moss vs. City of Chicago, et al | | |

### DOCKET ENTRY TEXT

Enter Agreed, Qualified HIPAA and Confidential Matter Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILE
2008 JUL 24  PM 1: 56
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RJ |
|---|---|---|

08C631 Moss vs. City of Chicago, et al

Page 1 of 1